ILONA BRUSIL, SBN: 244723
ilonabrusil@sfpersonalinjurylawyer.com
LAW OFFICE OF ILONA BRUSIL
601 Van Ness Ave., #2052
San Francisco, CA 94102
Tel. #:(415)814-0573
Fax.#: (415)520-9252

JOONG Y. IM, SBN: 163720
joongimesq@gmail.com
LAW OFFICE OF JOONG Y. IM
601 Van Ness Ave., #2056
7 San Francisco, CA 94102
Tel: 415.775.9854
Fax: 415.775.1308

Attorneys for Plaintiff JOSEPH VERGARA

BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Fax No.:      916.561.0828

Attorneys for Defendants
PITNEY BOWES INC.; PITNEY BOWES
PRESORT SERVICES, INC.; LORENA
VILLAVICENCIO AND DAVID TORRES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VERGARA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PITNEY BOWES INC., a Delaware Corporation; PITNEY BOWES PRESORT SERVICES, INC., a Delaware Corporation; LORENA VILLAVICENCIO, an individual; DAVID TORRES, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.  2:18-CV-01644-JAM-CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Complaint Filed:  February 26, 2016<br>First Amended Complaint Filed: April 19, 2018 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Plaintiff Joseph Vergara and Defendants Pitney Bowes Inc., Pitney Bowes Presort Services, Inc., Lorena Villavicencio and David Torres (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby submit this Stipulated Request for Dismissal with Prejudice. The Parties, through their counsel, jointly stipulate and request that the above-entitled action be dismissed in its entirety with prejudice against all defendants pursuant to Federal Rule of Civil Procedure 41. The Parties further stipulate and agree that each party shall bear his/its own attorneys' fees and costs, except as otherwise agreed in writing.

Dated:     August 30, 2018

/s/ John H. Adams, Jr.
BENJAMIN L. WEBSTER
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendants
PITNEY BOWES INC.; PITNEY BOWES
PRESORT SERVICES, INC.; LORENA
VILLAVICENCIO AND DAVID TORRES

Dated:     August 30, 2018

/s/ Joong Y. Im (as authorized on 08.30.18)
JOONG Y. IM
LAW OFFICE OF JOONG Y. IM
ILONA BRUSIL
LAW OFFICE OF ILONA BRUSIL
Attorneys for Plaintiff
JOSEPH VERGARA

## ORDER

Based on the foregoing stipulation and otherwise finding good cause therefore,

IT IS HEREBY ORDERED that this entire action be dismissed in its entirety, with prejudice.

DATED: 8/20/2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:156729409.1 015331.1228      2.      Case No. 2:18-CV-01644-JAM-CKD

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON